**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| FELIPE RIVADENEIRA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-22-RWS-JBB |
| | § | |
| FCI TEXARKANA WARDEN, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is Petitioner Felipe Rivadeniera's petition for writ of habeas corpus under 28 U.S.C. § 2241. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On April 2, 2026, the magistrate judge issued a report and recommendation, recommending the case be dismissed-as-moot. Docket No. 13. The magistrate judge further recommended the dismissal should not prevent Petitioner from seeking such relief as he may be entitled from the sentencing court. *Id.* at 2. A copy of the report and recommendation was sent to Petitioner at his last known address, return receipt requested, but was returned as undeliverable.[1] Docket No. 14.

Because no objections have been received, Petitioner is barred from *de novo* review of the magistrate judge's proposed findings, conclusions and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Tex.*, 858 F.3d 348,

---

[1] Eastern District of Texas Local Rule CV-11(d) requires that *pro se* litigants provide the Court with a physical address and states that they are responsible for keeping the Clerk of Court advised in writing of their current physical address.

352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings and the report and recommendation of the magistrate judge. After review, the Court concludes that the report and recommendation is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation (Docket No. 13) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** the above-captioned case is **DISMISSED-AS-MOOT**. The dismissal of this petition does not prevent Petitioner from seeking such relief as he may be entitled from the sentencing court. It is further

**ORDERED** that all other pending motions are **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 18th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE